# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **MIRAGE IP LLC** | § | |
| Plaintiff, | § § § | CIVIL ACTION NO. 2:17-cv-00384-JRG-RSP |
| v. | § § | JURY TRIAL DEMANDED |
| **STRYKER CORPORATION** | § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

In consideration of the Motion for Voluntary Dismissal without Prejudice of all claims asserted by Plaintiff Mirage IP LLC ("Mirage" or Plaintiff), against Defendant Stryker Corporation, (hereinafter "Defendant"), the Motion for Voluntary Dismissal without Prejudice is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff against Defendant, are hereby dismissed without prejudice.

It is further ORDERED that all expenses and costs are to be borne by the party that incurred them.

**SIGNED this 27th day of June, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE